# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145748

PROTECT OUR JOBS,
       Plaintiff-Appellee,

v

BOARD OF STATE CANVASSERS,
       Defendant-Appellee,
and

CITIZENS PROTECTING MICHIGAN'S
CONSTITUTION,
       Intervening Defendant-Appellant.

_____

SC: 145748
COA: 311828

     This cause having been brought to this Court by application for leave to appeal from the decision of the Court of Appeals and having been argued by counsel and due deliberation having been had thereon, it is ordered that the judgment of the Court of Appeals is affirmed. Pursuant to MCR 7.317(C)(3), the Clerk is directed to issue this judgment order forthwith. No motion for rehearing will be entertained.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 5, 2012

_____
Clerk